DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM REID** and **DIANA REID,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as trustee for
**AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS-
THROUGH CERTIFICATES SERIES 2003-8,**
Appellee.

No. 4D18-3566

[January 30, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Harrison, Judge; L.T. Case No. 502017CA009368XXXXMB.

William F. Reid, Jr., Jupiter, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Ackerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST, JJ., and WALSH, LISA A., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***